UNITED STATES DISTRICT COURT
DISTRICT OF. MASSACHUSETTS

| | |
|---|---|
| FTF LENDING, LLC, a Delaware Limited Liability Company,<br>      Plaintiff,<br><br>      v.<br><br>TCP 595 E 7th, LLC, a Massachusetts Limited Liability Company, THOMAS FRANCIS MEADE, IV, Individually, COLLECTOR-TREASURER, CITY OF BOSTON, COMMONWEALTH OF MASSACHUSETTS, WAN SUM NG, Individually and JOHN DOES NOS. 1-10, SAID NAMES BEING UNKNOWN AND FICTITIOUS, AS UNKNOWN OCCUPANTS OR TENANTS IN POSSESSION OF 595 EAST SEVENTH STREET, BOSTON, MASSACHUSETTS 02127<br>      Defendants,<br><br>      and<br><br>THOMAS F. MEADE,<br>Defendant/Crossclaim/Third-Party Plaintiff,<br><br>      v.<br><br>595 EAST 7th STREET, LLC, Defendant/Crossclaim Defendant, and ANDREW COLLINS, Third-Party Defendant. | CIVIL ACTION NO.:  1:22-CV-10665 |

# DEFENDANT WAN SUM NG'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

Defendant Wan Sum Ng ("Mr. Ng" or "Defendant") hereby responds to Plaintiff's Complaint as follows.

Plaintiff's introductory paragraph asserts a general theory of the case as well as legal conclusions to which no response is required. To the extent that the introductory paragraph contains factual allegations to which a response is required, such allegations are denied.

## PARTIES

1. Defendant is without sufficient knowledge and information to respond to Paragraph 1 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

2. Defendant is without sufficient knowledge and information to respond to Paragraph 2 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

3. Defendant is without sufficient knowledge and information to respond to Paragraph 3 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

4. Defendant is without sufficient knowledge and information to respond to Paragraph 4 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

5. Defendant admits that he is an individual residing in the Commonwealth of Massachusetts, and that he is domiciled at 66 Arcadia Road, Westwood, Massachusetts 02090. To the extent this paragraph states a legal conclusion, no response is required.

6. Defendant is without sufficient knowledge and information to respond to Paragraph 6 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

## JURISDICTION AND VENUE

7. This paragraph contains a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

8. This paragraph contains a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied.

## BACKGROUND AND GENERAL ALLEGATIONS

9. Defendant is without sufficient knowledge and information to respond to Paragraph 9 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

10. Defendant is without sufficient knowledge and information to respond to Paragraph 10 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

11. Defendant is without sufficient knowledge and information to respond to Paragraph 11 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

12. Defendant is without sufficient knowledge and information to respond to Paragraph 12 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

13. Defendant is without sufficient knowledge and information to respond to Paragraph 13 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

14. Defendant is without sufficient knowledge and information to respond to Paragraph 14 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

15. Defendant is without sufficient knowledge and information to respond to Paragraph 15 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

16. Defendant is without sufficient knowledge and information to respond to Paragraph 16 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

17. Defendant is without sufficient knowledge and information to respond to Paragraph 17 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

18. Defendant is without sufficient knowledge and information to respond to Paragraph 18 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

## **COUNT ONE – BREACH OF NOTE**
## **(AS ONLY TO DEFENDANT TCP 595 E 7th LLC)**

19. Defendant repeats and incorporates each response contained in the foregoing paragraphs as specifically set forth herein.

20. Paragraph 20 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

21. Paragraph 21 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

22. Paragraph 22 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

23. Paragraph 23 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

24. Paragraph 24 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

25. Paragraph 25 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

26. Paragraph 26 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

27. Paragraph 27 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

28. Paragraph 28 of Count One of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

## COUNT TWO – BREACH OF THE GUARANTY
### (AS ONLY TO DEFENDANT MEAD)

29. Defendant repeats and incorporates each response contained in the foregoing paragraphs as specifically set forth herein.

30. Paragraph 30 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

31. Paragraph 31 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

32. Paragraph 32 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

33. Paragraph 33 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

34. Paragraph 34 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

35. Paragraph 35 of Count Two of Plaintiff's Complaint is directed towards a party other than Mr. Ng and requires no response.

## COUNT THREE – FORECLOSURE OF MORTGAGE
### (AS TO ALL DEFENDANTS)

36. Defendant repeats and incorporates each response contained in the foregoing paragraphs as specifically set forth herein.

37. Defendant is without sufficient knowledge and information to respond to Paragraph 37 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

38. Defendant is without sufficient knowledge and information to respond to Paragraph 38 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

39. Defendant is without sufficient knowledge and information to respond to Paragraph 39 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

40. Defendant is without sufficient knowledge and information to respond to Paragraph 40 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

41. Defendant is without sufficient knowledge and information to respond to Paragraph 41 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

42. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent that a response is required, Defendant is without sufficient knowledge and information to respond to Paragraph 42 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

43. Defendant is without sufficient knowledge and information to respond to Paragraph 43 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

44. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent that a response is required, Defendant is without sufficient knowledge and information to respond to Paragraph 44 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

45. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent that a response is required, Defendant is without sufficient knowledge and information to respond to Paragraph 45 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

46. Defendant is without sufficient knowledge and information to respond to Paragraph 46 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

47. Defendant is without sufficient knowledge and information to respond to Paragraph 47 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

48. Defendant is without sufficient knowledge and information to respond to Paragraph 48 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

49. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent that a response is required, Defendant is without sufficient knowledge and information to respond to Paragraph 49 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

50. Defendant is without sufficient knowledge and information to respond to Paragraph 50 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

51. Admitted

52. Defendant is without sufficient knowledge and information to respond to Paragraph 52 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

53. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent that a response is required, Defendant is without sufficient knowledge and information to respond to Paragraph 53 of Plaintiff's Complaint and calls upon Plaintiff to prove the same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statutes of limitations, waiver, estoppel and laches.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred as a result of its unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Any damages suffered by Plaintiff are as a result of its own conduct.

### FIFTH AFFIRMATIVE DEFENSE

The Claims made in the Complaint are barred in whole or in part because the alleged damages, if any, were caused by the conduct of persons or entities over whom Defendant had no control or for whose conduct Defendant is not responsible.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has not taken any steps to mitigate any damages they claim to have suffered.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to rely on such other and further defenses as may become available or apparent during discovery and to amend this Answer to assert such defenses.

**JURY DEMAND**

Defendant demands a trial by jury on all matters so triable.

                              Respectfully submitted,
                              Wan Sum Ng,
                              By his attorneys,


/s/ Anthony Annino, III
_____
Anthony Annino, III
BBO #542793
75 Arlington Street, 5th Floor
Boston, MA 02116
(617) 426-1100
anninolaw@gmail.com


/s/ Barry J. Bisson
_____
Barry J. Bisson, Esq.
BBO#: 687386
Bisson Law
75 Arlington Street, 5th Floor
Boston, MA 02116
(617) 338-5900
Barry@BissonLaw.com

Dated: July 25, 2022

CERTIFICATE OF SERVICE

      I, Anthony Annino, III, certify that on this 25th day of July 2022, I caused a copy of the foregoing document to be served electronically through the ECF system. Paper and/or email copies will be sent to those indicated as non-registered participants on July 25, 2022.

Brendan H. Little, Esq.  
Lippes Mathias, LLP  
50 Fountain Plaza, Suite 1700  
Buffalo, NY 14202  
(716) 853-5100  
blittle@lippes.com

Jaclyn Munson, Esq.  
City of Boston  
One City Hall Square, Suite 615  
Boston, MA 02201  
(617) 635-4034  
Jaclyn.munson@boston.gov

Marc E. Chapdelaine, Esq.  
Chapdelaine Law Office, P.C.  
325 Central Street  
Saugus, MA 01906  
(781) 233-1988  
marc@chapdelainelaw.com

Michael J. Palumbo, Esq.  
Gingo Palumbo Law Group, LLC  
Summit One  
4700 Rockside Road, Suite 440  
Independence, Ohio 44131  
(216) 503-9512  
michael@gplawllc.com

Michael S. Burkett, Esq.  
Rubin and Rudman, LLP  
53 State Street  
Boston, MA 02109  
(617) 330-7000  
mburkett@rubinrudman.com

Craig E. Rourke, Esq.  
325 Central Street  
Saugus, MA 01906  
(617) 806-6827  
crourke@craigrourke.com